# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC REICHBART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:24-cv-01876-NIQA |
| JOSEPH STALLONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:24-cv-01901-NIQA |
| ALISON CROTEAU, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:24-cv-01946-NIQA |

2

| | |
|---|---|
| KEVIN BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:24-cv-02007-NIQA |
| MICKEY HWANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:24-cv-02033-NIQA |
| SOPHIE CAHEN VORBURGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:24-cv-2045-NIQA |

| | |
|---|---|
| DANA KERR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 2:24-CV-2075-NIQA |
| DERRICK VINES and BRADFORD WICKS, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 2:24-CV-2085-NIQA |

**PLAINTIFF SOPHIE CAHEN VORBURGER'S NOTICE OF RESPONSE IN PARTIAL OPPOSITION TO COORDINATED PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD CLASS COUNSEL**

Sophie Cahen Vorburger, Plaintiff in *Vorburger v. Financial Business and Consumer Solutions, Inc.*, No. 2:24-cv-2045-NIQA ("Plaintiff Vorburger"), hereby serves notice of her Response in Partial Opposition to Coordinated Plaintiffs' Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel ("Coordinated Plaintiffs' Motion"), a copy of which is submitted herewith. Coordinated Plaintiffs' Motion is filed only on the docket of the above-captioned *Reichbart* Action (No. 2:24-cv-01876-NIQA), but bears on the disposition of each of the above-captioned actions.

Dated: May 16, 2024                                Respectfully submitted,

                                                   */s/ Bart D. Cohen*
                                                   Bart D. Cohen (PA Bar No. 57606)
                                                   **BAILEY GLASSER LLP**
                                                   1622 Locust Street
                                                   Philadelphia, PA  19103
                                                   Phone: (215) 274-9420
                                                   bcohen@baileyglasser.com

                                                   *Attorneys for Plaintiff Vorburger and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Bart D. Cohen, certify that on this 16th day of May, 2024, a true and correct copy of the foregoing Plaintiff Sophie Cahen Vorburger's Notice of Response in Partial Opposition to Coordinated Plaintiffs' Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel, and Proposed Order submitted therewith were filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record, and served by first class mail to Defendant Financial Business and Consumer Solutions, Inc., at its principal place of business, located at 330 S. Warminster Road, Suite 353, Hatboro, Pennsylvania 19040.

Dated: May 16, 2024                            */s/ Bart D. Cohen*
                                               Bart D. Cohen (PA Bar No. 57606)